

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00112-CV

**IN THE INTEREST OF J.C.O.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01588
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the part of the trial court's judgment terminating R.M.'s parental rights is REVERSED, and this case is REMANDED to the trial court for a new trial on the Texas Department of Family and Protective Service's termination claims under Section 161.001(b)(1),(2) of the Texas Family Code. The part of the trial court's judgment appointing the Texas Department of Family and Protective Services as the child's permanent managing conservator is AFFIRMED.

We ORDER that costs be assessed against the Texas Department of Family and Protective Services.

SIGNED August 20, 2025.

_____
Rebeca C. Martinez, Chief Justice